[Nos. 3448–II; 3711–II. Division Two. April 7, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JOZSEF ANDREW GUTI, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MERLE VINCENT PERRIN, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, Nos. 9807, 10041, J. Dean Morgan and Thomas L. Lodge, JJ., entered April 14 and October 3, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie and Petrich, JJ.

[No. 6603–0–I. Division One. April 7, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY FERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82944, Barbara Durham, J., entered May 2, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and James, J.

[No. 7033–9–I. Division One. April 7, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. BENNIE WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85503, James J. Dore, J., entered October 24, 1978. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by James, A.C.J., and Swanson, J.